

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00460-CV

**EX PARTE C.R.**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2024-01-35329-CV
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: October 1, 2025

DISMISSED

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service to appellee, who has not filed a response contending dismissal would prevent him from seeking relief to which he would otherwise be entitled. *See id*; *id.* R. 10.3(a). We therefore grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM